IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
AUG 0 5 2003

| | | |
|---|---|---|
| MANUEL HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANDARD REFRIGERATION COMPANY INC., AUTORAD, INC., AUTORAD, INC. GROUP SHORT TERM DISABILITY INSURANCE PLAN, CENTRAL STATES JOINT BOARD, METAL PROCESSORS UNION LOCAL 16, MIDWEST PENSION FUND, and CENTRAL STATES JOINT BOARD HEALTH AND WELFARE TRUST FUND, | ) | Case No. 03C3663<br>Judge Ronald Guzman |
| | ) | |
| Defendants. | ) | |

FILED
AUG - 4 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: Annemarie E. Kill
Avery Camerlingo Kill, LLC
218 North Jefferson Street, Suite 200
Chicago, Illinois 60661

John F. Ward
Carmell Charone Widmer Mathews & Moss
225 West Washington Street, Suite 1000
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on August 4, 2003, Defendants Standard Refrigeration Company, Inc. and Autorad, Inc., filed their Rule 26(a) Initial Disclosures with the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

5

STANDARD REFRIGERATION COMPANY, INC.
and AUTORAD, INC.

By: ______________________
One of Their Attorneys

Eugene A. Boyle
Lauren E. Richman
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000

NGEDOCS :010622.0009 869450.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED
AUG 0 5 2003

| | | |
|---|---|---|
| MANUEL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD REFRIGERATION COMPANY INC., AUTORAD, INC., AUTORAD, INC. GROUP SHORT TERM DISABILITY INSURANCE PLAN, CENTRAL STATES JOINT BOARD, METAL PROCESSORS UNION LOCAL 16, MIDWEST PENSION FUND, and CENTRAL STATES JOINT BOARD HEALTH AND WELFARE TRUST FUND,<br><br>Defendants. | ) | Case No. 03C3663<br>Judge Ronald Guzman |

FILED
AUG - 4 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DEFENDANTS STANDARD REFRIGERATION COMPANY, INC.'S AND AUTORAD, INC.'S RULE 26(A) INITIAL DISCLOSURES**

Defendants, Standard Refrigeration Company, Inc. and Autorad, Inc., by and through their attorneys, Eugene A. Boyle and Lauren E. Richman of Neal, Gerber & Eisenberg LLP, hereby make their Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

A. Individuals Who Likely Have Discoverable Information:

1. Plaintiff, Manuel Hernandez, has discoverable information regarding the allegations contained in the Complaint and the remedy he is seeking.

2. Jeff Levin served as Executive Vice President of defendants during plaintiff's employment. Mr. Levin has discoverable information regarding defendants' business and operations, including plaintiff's employment, job responsibilities and performance. Mr. Levin also has discoverable information relevant to plaintiff's decision to retire and the announcement

5

of such decision to retire to defendants. Mr. Levin also has knowledge and information relating to the layoff decisions in July 2001, during which plaintiff was bypassed for layoff because of his communicated intention to retire. Mr. Levin is a managerial employee of defendants, and, as such, can be contacted through defendants' attorneys.

3. Phillip Lucas served as defendants' Operations Manager during plaintiff's employment. Mr. Lucas has discoverable information regarding defendants' business and operations, including plaintiff's employment, job responsibilities and performance. Mr. Lucas also has knowledge and information relating to the layoff decisions in July 2001, during which plaintiff was bypassed for layoff because of his communicated intention to retire. Mr. Lucas further has discoverable information relating to plaintiff's contact with defendants after his retirement. Mr. Lucas is a managerial employee of defendants and, as such, can be contacted through defendants' attorneys.

4. Isaura Garcia served as Payroll Manager of defendants during plaintiff's employment. Ms. Garcia has discoverable information relating to plaintiff's intention to retire and the communication of such intention to defendants. Ms. Garcia is a managerial employee of defendants, and, as such, can be contacted through defendants' attorneys.

B. <u>Description of Relevant Documents:</u>

Defendants have identified the following categories of documents in its custody, possession or control that it may use to support its defense of this case. All of these documents are located and maintained by defendants at their facility in Melrose Park, Illinois:

1. Plaintiff's personnel file;

2. The collective bargaining agreement between Autorad, Inc. and Metal Processors Union, Local No. 16, AFL-CIO, effective July 14, 2000 through July 13, 2003;

3. Seniority Date Report dated June 25, 2001;

4. The July 27, 2001 memorandum from Phillip Lucas to all shop employees regarding the July 2001 layoff;

5. The handwritten notes of a representative of defendant regarding the July 2001 layoff;

6. The October 9, 2001 letter from Isaura Garcia, Payroll Manager, to Midwest Pension Fund informing the Midwest Pension Fund of plaintiff's retirement date;

7. The handwritten notes of Phillip Lucas taken during a meeting on July 1, 2002 attended by plaintiff.

8. Other responsive documents to be identified and disclosed upon further investigation.

C. Calculation of Damages:

Not presently applicable. Investigation continues.

D. Insurance Policies:

No insurance policy defined in Rule 26(a)(1)(D) has been conclusively identified to date. Investigation continues and any such policy will be produced if applicable.

STANDARD REFRIGERATION COMPANY, INC.
and AUTORAD, INC.

By: ______________________________
One of Their Attorneys

Eugene A. Boyle
Lauren E. Richman
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000

Dated: August 4, 2003

NGEDOCS :010622.0009 868048.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and accurate copy of the foregoing **Defendants Standard Refrigeration Company, Inc.'s And Autorad, Inc.'s Rule 26(A) Initial Disclosures** was served upon the following parties via United States first class mail, postage prepaid, this 4th day of August, 2003:

Annemarie E. Kill
Avery Camerlingo Kill, LLC
218 North Jefferson Street, Suite 200
Chicago, Illinois 60661

John F. Ward
Carmell Charone Widmer Mathews & Moss
225 West Washington Street, Suite 1000
Chicago, Illinois 60606

Lauren E. Richman

NGEDOCS :010622.0009 869454.1